COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-10-051-CV

JOSEPH C. CAMPBELL
 
APPELLANT

V.

TOHNNI JONES
 APPELLEE

----------

FROM COUNTY COURT AT LAW
 OF WISE COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the “Motion By Appellant To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue.  
See 
Tex. R. App. P.
 
42.1(d). 

PER CURIAM

PANEL:  MCCOY, LIVINGSTON, and MEIER, JJ.

DELIVERED:  March 25, 2010

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.